IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN PALMER

          Petitioner,

v.

JOHN KERESTES, et. al.

          Respondents.

CIVIL ACTION
NO. 07-4134

## ORDER

**AND NOW,** this 25th day of October 2016, upon consideration of Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) (Doc. No. 34), and for reasons stated in the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) (Doc. No. 34) is **DENIED**.

2. A Certificate of Appealability **SHALL NOT** be issued based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, that a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Rule 60(b) Motion. (Doc. No. 31.)

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.